UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEWEY AUSTIN BARNETT, II, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:25-CV-00167 JMB |
| BLAKE HILL, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Before the Court is plaintiff Dewey Barnett's post-dismissal request to withdraw his complaint in this action. As this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on October 8, 2025, plaintiff's request to withdraw his complaint is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal request to withdraw his complaint in this action [ECF No. 7] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 16th day of October, 2025.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE